IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

APR 28 2025

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. 25-907 MJ |
| | ) |
| vs. | ) Count 1: 8 U.S.C. §1325(a)(1): |
| | ) Illegal Entry Without Inspection |
| **JOSE ALFREDO GONZALEZ-** | ) |
| **RAMIREZ,** | ) Count 2: 50 U.S.C. § 797: |
| | ) Penalty for Violation of Security |
| Defendant. | ) Regulations |

INFORMATION

The United States Attorney charges:

Count 1

On or about April 24, 2025, in Doña Ana County in the District of New Mexico, the

defendant, **JOSE ALFREDO GONZALEZ-RAMIREZ,** who was then and there an alien, did

knowingly and unlawfully enter into the United States from the Republic of Mexico, at a place not

designated as a lawful Port of Entry by immigration officials of the United States for the entrance

of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

Count 2

On or about April 24, 2025, in Doña Ana County in the District of New Mexico, the

defendant, **JOSE ALFREDO GONZALEZ-RAMIREZ,** willfully violated the order issued on

April 18, 2025, by the U.S. Army Garrison Fort Huachuca military commander designating the

New Mexico National Defense Areas, also known as the Roosevelt Reservation, as both a

restricted area and a controlled area under Army Regulation 190-13, prohibiting the unauthorized

entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

RYAN ELLISON
United States Attorney

200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304